IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AMBER YEAROUT**, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:10-CV-00430-L** |
| **MICHAEL J. ASTRUE**, *Commissioner of the Social Security Administration*, | § | |
| Defendant. | § | |

## ORDER

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed March 15, 2011. No objections were filed.

The magistrate judge recommends that the court grant Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, filed December 30, 2010.

Having reviewed the motion, response, reply, and record in this case, and the findings and conclusions of the magistrate judge, the court determines the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **grants** Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act. Accordingly, the court hereby **awards** Plaintiff $9,343, which is based on 52.9 hours of attorney time at $170 per hour, and $350 for costs.

**It is so ordered** this 22nd day of July, 2011.

_____
Sam A. Lindsay
United States District Judge